United States District Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| PAUL WARD, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | 3:26-cv-00064 |
| | § | |
| CITADEL SERVICING | § | |
| CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On May 20, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 17. Judge Edison filed a memorandum and recommendation on May 20, 2026, recommending that the plaintiff's motion to remand (Dkt. 8) be denied. *See* Dkt. 18.

On June 3, 2026, the plaintiff filed his objections to the memorandum and recommendation. *See* Dkt. 20. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

2

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)    Judge Edison's memorandum and recommendation (Dkt. 18) is approved and adopted in its entirety as the holding of the court; and

(2)    The plaintiff's motion to remand (Dkt. 8) is denied.

SIGNED on Galveston Island this 5th day of June, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2